# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OHIO STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., | Case No. 2:14-cv-00404 |
| Plaintiffs, | Judge Peter C. Economus |
| v. | Magistrate Judge Norah McCann King |
| **JON HUSTED, et al.,** | |
| Defendants. | |

## DEFENDANT OHIO ATTORNEY GENERAL MIKE DeWINE'S MEMORANDUM CONTRA PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (Doc. 17)

As an initial matter, Defendant Ohio Attorney General Mike DeWine notes that the Complaint is devoid of any allegations concerning him. *See generally*, Complaint (Doc. 1). Although the Attorney General is the chief law officer for the State of Ohio (O.R.C. § 109.02), in this case, the Attorney General has no authority to enforce or modify the law and Directives at issue.

The Attorney General, however, has an interest in defending the enacted laws of the State of Ohio. To that end, the Attorney General endorses and incorporates by reference the arguments submitted by the Ohio Secretary of State (Doc. No. 41) and the Ohio General Assembly (Doc. No. 40) in opposition to Plaintiffs' motion for a preliminary injunction. The Attorney General joins the Secretary of State and the General Assembly in respectfully requesting that this Court deny Plaintiffs' request for preliminary relief.

Respectfully submitted,

MICHAEL DEWINE (0009181)
Ohio Attorney General

*/s/ Kristopher J. Armstrong*
KRISTOPHER J. ARMSTRONG (0077799)
SARAH E. PIERCE (0087799)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
sarah.pierce@ohioattorneygeneral.gov

*Counsel for Defendant*
*Ohio Attorney General Mike DeWine*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, on July 23, 2014, and served upon all parties of record via the court's electronic filing system.

*/s/ Sarah E. Pierce*
SARAH E. PIERCE (0087799)
Assistant Attorney General