IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>　　**Plaintiffs,**<br><br>　　v.<br><br>JON HUSTED, et al.<br><br>　　**Defendants.** | Case No. 2:14-cv-00404<br><br>Judge Peter C. Economus<br><br>Magistrate Judge King |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4(a)(1)(A) and 28 U.S.C. §§ 1291, Proposed Intervenor-Defendant the Ohio General Assembly hereby appeals to the United States Court of Appeals for the Sixth Circuit from the July 30, 2014 Opinion and Order of the United States District Court for the Southern District of Ohio, denying the General Assembly's Motion to Intervene and Striking its Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Robert J. Tucker
　　　　　　　　　　　　　　　　　　　Robert J. Tucker (0082205)
　　　　　　　　　　　　　　　　　　　　*Trial Attorney
　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　Capitol Square, Suite 2100
　　　　　　　　　　　　　　　　　　　65 East State Street
　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215-4260
　　　　　　　　　　　　　　　　　　　Telephone: 614.228.1541
　　　　　　　　　　　　　　　　　　　Facsimile: 614.462.2616
　　　　　　　　　　　　　　　　　　　Email: rtucker@bakerlaw.com

　　　　　　　　　　　　　　　　　　　*Trial Attorney for Proposed Intervenor-Defendant The Ohio General Assembly*

*Co-Counsel:*

E. Mark Braden (0024987) (*pro hac vice*)
mbraden@bakerlaw.com
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5304
Telephone: (202) 861-1500
Facsimile: (216) 861-1783

Patrick T. Lewis (0078314)
plewis@bakerlaw.com
BAKER & HOSTETLER LLP
1900 E. Ninth Street, Suite 3200
Cleveland, Ohio  44114-1483
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record via the Court's electronic filing system on this 1st day of August, 2014.

                                            */s/ Robert J. Tucker*
                                            Robert J. Tucker (0082205)