## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| OHIO STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br><br>        Plaintiffs,<br><br>   vs.<br><br>JON HUSTED, *et al.*,<br><br>        Defendants. | Case No.: 2:14-cv-00404<br><br>Judge Peter C. Economus<br><br>Mag. Judge Norah McCann King |

### Renewed Motion and Application of the Ohio General Assembly
### for Leave to Intervene, and for Expedited Consideration

The Ohio General Assembly (the "**General Assembly**") respectfully moves this Court, pursuant to Fed. R. Civ. P. 24(a)(2) and 24(b), for leave to intervene in order to take appeal from the Court's September 4, 2014 preliminary injunction order in this case. Since the Court's injunction requires Ohio's boards of election to commence early voting on September 30, 2014, a mere 25 days from now, the General Assembly requests the Court's expedited consideration of this motion so that it can participate in what is expected to be an expedited appeal to the United States Court of Appeals for the Sixth Circuit.

A memorandum in support of this motion is attached hereto and incorporated herein by this reference. A proposed pleading is attached hereto in accordance with Fed. R. Civ. P. 24(c) and a proposed order is also enclosed for this Court's convenience.

Dated:  Cleveland, Ohio
        September 5, 2014

Respectfully submitted,

OHIO ATTORNEY GENERAL
MIKE DeWINE

/s/ Patrick T. Lewis
E. Mark Braden (0024987)
Email:  mbraden@bakerlaw.com
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5304
(202) 861-1500 / Fax (216) 861-1783

Robert J. Tucker (0082205)
Email:  rtucker@bakerlaw.com
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio  43215
(614) 228-1541 / Fax (614) 462-2616

Patrick T. Lewis (0078314)
Email: plewis@bakerlaw.com
BAKER & HOSTETLER LLP
1900 E. Ninth Street, Suite 3200
Cleveland, Ohio  44114-1483
(216) 621-0200 / Fax (216) 696-0740

*Special Counsel for Applicant for Intervention,
Ohio General Assembly*

## CERTIFICATE OF SERVICE

I certify that on September 5, 2014, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt.  Parties may access this filing through the Court's

system.

/s/ Patrick T. Lewis
*Special Counsel for Applicant for Intervention,
Ohio General Assembly*

093212.000001 605063516

- 2 -